**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**   www.flsb.uscourts.gov
_____ Amended Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)*
_____ Modified Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)
*Note amendments to form as underlined

**DEBTOR:** Lynda Ruth Masters         **JOINT DEBTOR:** _____ **CASE NO.** 14-29155-BKC-AJC
Last Four Digits of SS# x6615          Last Four Digits of SS# x_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months. <u>In the event that the trustee does not collect the full 10%, any portion not collected will be paid to administrative creditors and any remaining balance to creditors pro-rata under the plan:</u>
  A. $1,505.00 for months 1 (9/26/14) – 55; and
  B. $450.00 for months 56 to 60;  in order to pay the following creditors:

<u>Administrative:</u> [pre-confirmation and post-confirmation, to be paid in full]
Attorney's Fees:
Attorney Fees and Costs: $undetermined/unestimated , compensation/expenses per 11 U.S.C §330 per application to Court
Total Paid $1,450.00
Undetermined Balance Due under the Plan: $undetermined
Payable: $1,071.43/mo. (Mos. 1 - 7), actual per above

<u>Secured Creditors:</u> [Retain liens pursuant to 11 USC section 1325 (a)(5)] Mortgage/Liens on real or personal property:

1.\_\_Wells Fargo Bank, NA _____
Address: _____
_____
Account No.: x_____

                              _____ Arrearge __x__ Payoff Secured Claim on Petition Date $1,226.63__
                              _____ Payment $280.29/month (Mos. _1___ to 7___)
                              _____ Payment $1,351.62/month (Mo. 8 to 60)
                              _____ Regular Payment $_____/month (Mos. \_\_\_ to \_\_\_)
                                     Total of Payments, including interest at 5.00% is $73,597.81

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE COLLATERAL IN PLAN") WILL ALSO BE SERVED ON YOU PURSUANT TO FRBP 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|   |   |   |   |   |   |
|   |   |   |   |   |   |
|   |   |   |   |   |   |

<u>Priority Creditors:</u> [as defined in 11 USC section 507]

1._____Total Due $0.00
                    Payable $0.00/mo. (Mos. \_\_\_ to \_\_\_)
                    Regular Payment $_____

<u>Unsecured Creditors:</u> Pay $500.00/mo. (Mos. 56 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other provisions not included above:**

**Pay Direct Provision**

a. The Debtor(s) intend to make contractual payment directly to the following creditor(s):

**Collateral: 13721 NE Pl., N. Miami Beach, Florida**
Wells Fargo Bank, NA. – for mortgage
Miami-Dade County Tax Collector – for taxes besides those above

Dated: September 10, 2014

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ _____
Lynda Ruth Masters

/s/ _____
Jordan E. Bublick

Jordan E. Bublick, P.A., Jordan E. Bublick, Fla. Bar No. 381624, Attorney for Debtor(s), 1221 Brickell Ave., 9th Fl., Miami, FL 33131 Tel.: (305) 891-4055 Fax: (305) 503-7231 E-Mail: jbublick@bublicklaw.com

LF-31 (rev. 1/8/10)

10/26/13